IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ZACHARY DEAN COBB,                )
                                  )
             Petitioner,          )
                                  )
vs.                               )    NO. CIV-17-125-C
                                  )
JOE M. ALLBAUGH, Director,        )
                                  )
             Respondent.          )

ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on March 8, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.* Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 8) of the Magistrate Judge is adopted and, for the reasons announced therein, this action is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 28th day of March, 2017.

ROBIN J. CAUTHRON
United States District Judge

---

\* Counsel's "Amended Motion of the Petitioner for Leave to File a Brief in Support of the Petition for a Writ of Habeas Corpus" (Dkt. No. 7) was filed one day prior to the Report and Recommendation and is more properly decided by the transferee judge.